SUNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRANKLIN SARRAMERA GUTIERREZ,

Petitioner,

v.

SCOTT, et al.,

Respondents.

Case No. 2:26-cv-02217-TMC

ORDER CONTINUING DEADLINES TO
REPLY AND FOR NOTICE

This matter comes before the Court *sua sponte*. Petitioner Franklin Sarramera Gutierrez filed a petition for habeas corpus, and the Court issued a scheduling order. Dkt. 1. Because Petitioner is self-represented and filing and receiving materials by mail, the Court ORDERS as follows to allow them sufficient time to file their reply and receive notice:

1. The reply deadline of July 27, 2026 is extended to August 3, 2026. The Government's response shall remain due on July 20, 2026. If a reply is filed earlier than August 3, 2026, the Court will consider the habeas petition ripe for review at that time.

2. The government shall provide Petitioner at least 7 days (168 hours) notice prior to any action to move or transfer them from the Western District of Washington or to remove them from the United States.

ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE - 1

The Clerk is also directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 8th day of July, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE - 2